**UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ABDUL ASLAMI,<br>            Plaintiff,<br>     v.<br>SHARP ELECTRONICS CORPORATION, INC., a New York corporation,<br>            Defendant. | Case No. 11-05547-RBL<br><br>**MOTION AND ORDER FOR WITHDRAWAL OF COUNSEL** |

Pursuant to GR 2(g)(4)(A), Plaintiff's Counsel respectfully requests that the Court enter an Order granting leave for Plaintiff's Counsel to withdraw as counsel from the above-entitled matter, and effective December 9, 2011.

GR 2(g)(4)(A) provides that leave for an attorney to withdraw shall be obtained by filing a motion … and proposed order for withdrawal … [which] shall also include a certification that it has been served upon the client.  The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case…"  The Court has not yet assigned a discovery cut off date in this case, and no discovery has been commenced to date.  As indicated in the attached Certificate of Service, a copy of this motion is concurrently being served upon Plaintiff Abdul Aslami.

Mr. Aslami's address is 2 Wayside, Newport Coast, CA 92657.  His email address is abdulaslami@yahoo.com.

MOTION AND ORDER FOR WITHDRAWAL OF COUNSEL **- 1**

Teller & Associates, PLLC
1139 34th Ave, Suite B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172

RESPECTFULLY SUBMITTED this 1st day of December, 2011.

TELLER & ASSOCIATES, PLLC

/s/ *Sara Amies*
_____

Sara Amies, WSBA # 36626
Of Attorneys for the Plaintiff
sara@stellerlaw.com

## ORDER

Having considered Plaintiff's Counsel's Motion, IT IS SO ORDERED THAT:

Attorneys Teller & Associates, PLLC shall withdraw as counsel of record for Plaintiff Abdul Aslami in this action effective December 9, 2011.

DATED THIS 8th day of December, 2011

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TELLER & ASSOCIATES, PLLC

By: */s/ Sara Amies*
Sara Amies, WSBA #36626
Withdrawing Attorneys for Plaintiff Abdul Aslami